**FILED**

03/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0636

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0636

---

BLUEBIRD PROPERTY RENTALS, LLC and
ALAINA GARCIA

        Plaintiffs and Appellees,

   v.

WORLD BUSINESS LENDERS, LLC; WBL SPO
I, LLC; and WBL SPO II,
LLC,

        Defendants and Appellants.

O R D E R

---

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing Appellee's response brief, filed electronically on March 21, 2024, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

Montana Rules of Appellate Procedure 12(1)(a) and 12(2) provide that a table of authorities must be included in Appellee's response brief.
Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellee shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellee shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellee and to all parties of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 22 2024